UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUDY ANNE GALLAGHER

                Plaintiff

*against*

THE STOP & SHOP SUPERMARKET COMPANY LLC

                Defendant
------------------------------------------------------------X

Docket #: 1:22-cv-7625

## NOTICE OF FILING OF PETITION FOR REMOVAL

PLEASE TAKE NOTICE that the defendant has on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Southern District of New York.

Dated: Mineola, New York
       September 7, 2022

                                                    THE STOP & SHOP SUPERMARKET COMPANY LLC

                                                   *Christine M. Capitolo*

                                                   CHRISTINE M. CAPITOLO [CMC9098]
                                                   TORINO & BERNSTEIN, P.C.
                                                   Attorney for Defendant
                                                   200 Old Country Road, Suite 220
                                                   Mineola, NY 11501
                                                   (516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this September 7, 2022, to KOHN LAW FIRM, 1200 Morris Park Avenue,

                                                 *Christine M. Capitolo*
                                                   _____
                                                   CHRISTINE M. CAPITOLO